STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
NICOLE C. WEBSTER (SBN 311863)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

JOHN T. BELL (SBN 209941)
LAW OFFICES OF JOHN T. BELL
151 Callan Ave., Suite 102
San Leandro, CA 94577
Telephone: (510) 895-4044
Facsimile: (510) 895-4077

Attorneys for Plaintiff
FLOYD CASTRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD CASTRO,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.   4:15-cv-05728 WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DISCOVERY DATES AND ORDER** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This stipulation to continue the Case Management Conference and discovery dates in the above-referenced matter is made and entered into by and between plaintiff Floyd Castro ("Castro"), and defendant State Farm General Insurance Company ("State Farm"), referred to collectively as the "Parties."

/ / /

**RECITALS**

1. WHEREAS, trial counsel for State Farm, Stephen P. Ellingson, has just learned that he must undergo open heart surgery on Tuesday, March 21, 2017, and as part of his recovery, will not be able to drive until mid to late May, 2017;

2. WHEREAS, this matter is currently scheduled for a Case Management Conference to be held on April 11, 2017, at 2:00 p.m. in the above referenced Court;

3. WHEREAS, the current discovery cutoff is May 1, 2017;

4. WHEREAS, the current deadline to exchange expert disclosures is May 1, 2017;

5. WHEREAS, the current expert discovery cutoff is August 18, 2017;

6. WHEREAS, the parties have substantially completed written discovery and State Farm intends to file its motion for summary judgment, or in the alternative, partial summary judgment in time to have it heard by the current dispositive motion deadline of June 28, 2017;

7. WHEREAS, the parties agree that if State Farm's motion for summary judgment, or partial summary judgment is granted in whole or in part, it may obviate the need for the parties to incur the cost of retaining experts and engaging those experts to prepare the narrative expert report required by FRCP 26(a)(2) and the depositions of such experts. It may also obviate the need to depose fact witnesses. The parties wish to litigate this matter in a cost effective manner and avoid unnecessary expert retention expenses and attorneys fees and costs.

8. For these reasons, the parties have agreed to stipulate to certain revisions to the Court's Pretrial Order to accommodate trial counsel's unexpected need for open heart surgery and avoid incurring the expense of expert disclosures and other discovery that may not be necessary before the resolution of State Farm's motion for summary judgment, or in the alternative, partial summary judgment.

Accordingly, the parties hereby stipulate to revising the Scheduling Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Scheduling Order:

1. Case management conference      May 30, 2017
(currently April 11, 2017)

2. Dispositive motions heard by:      June 28, 2017
(remains the same)

3. Fact discovery cutoff:      July 28, 2017
(currently May 1, 2017)

4. Expert disclosure:      July 28, 2017;
(currently May 1, 2017)

5. Expert discovery cutoff:      September 1, 2017
(currently August 18, 2017)

6. The Court's Pretrial Order dated March 24, 2016 otherwise remains in effect.

Dated: March 15, 2017      LAW OFFICES OF JOHN T. BELL

By: */S/ John T. Bell*
JOHN T. BELL
Attorneys for Plaintiff
FLOYD CASTRO

Dated: March 15, 2017      HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By */S/ Jamie A. Radack*
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
NICOLE C. WEBSTER
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

**ORDER**

Pursuant to the stipulated request by all Parties to this action and good cause appearing, the Court ORDERS that the case management conference set for April 11, 2017 is hereby continued to May 30, 2017, at 2:00 p.m.

The Pretrial Order of March 24, 2016 is also hereby revised as follows:

1. Fact discovery cutoff: July 28, 2017 (currently May 1, 2017)

2. Expert disclosure: July 28, 2017; (currently May 1, 2017)

3. Expert discovery cutoff: September 1, 2017 (currently August 18, 2017)

4. The Court's Pretrial Order dated March 24, 2016 otherwise remains in effect.

IT IS SO ORDERED.

Dated: March 16, 2017

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT –
NORTHERN DISTRICT OF CALIFORNIA