STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
NICOLE C. WEBSTER (SBN 311863)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FLOYD CASTRO,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 4:15-cv-05728 WHO<br><br>**DECLARATION OF MARIA OKINO IN SUPPORT OF STATE FARM GENERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 31, 2017<br>Time: 2:00 p.m.<br>Ctrm: 2, 17th Floor<br>Judge: Hon. William H. Orrick |
|---|---|

I, Maria Okino, declare as follows:

1. I have personal knowledge of each matter stated herein and, if called as a witness, I could and would competently testify thereto.

2. I am a Team Manager for the Special Investigative Unit of State Farm General Insurance Company ("State Farm"). I personally managed the handling of Floyd Castro's ("plaintiff") claim for coverage under claim number 05-30V1-561, following the alleged April 20, 2014 loss at 2370 Scout Road, Oakland, CA 94611.

3. I have also reviewed the documents contained within the claim file for plaintiff's claim for coverage under claim number 05-26Q0-799, following the alleged November 21, 2013 loss at 2370 Scout Road, Oakland, CA 94611.

4. I submit this declaration in support of State Farm's Motion for Summary Judgment,

772633
-1-

or in the Alternative, Partial Summary Judgment.

5.   In my experience the documents contained within the claim file contain information which is kept in the normal course of business, and reflects information obtained by the adjusters at or near the time of the events. Based on my training, education, and experience, I have found such documents to be trustworthy and represent accurate information obtained during the handling of a claim.

6.   Attached to the accompanying Index of Exhibits in support of State Farm's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, ("the Index of Exhibits") as Exhibit "1" is a true and correct copy of plaintiff's State Farm Homeowner's Insurance Policy number 57-B3-P185-6.

7.   Attached to the accompanying Index of Exhibits as Exhibit "2" is a true and correct copy of the relevant portions of plaintiff's transcribed recorded statement taken on April 23, 2014.

8.   Attached to the accompanying Index of Exhibits as Exhibit "3" is a true and correct copy of the letter dated April 23, 2014 from State Farm to plaintiff regarding his claim.

9.   Attached to the accompanying Index of Exhibits as Exhibit "4" is a true and correct copy of the letter dated April 23, 2014 from State Farm to plaintiff regarding Insurance Code, Section 790.03.

10.   Attached to the accompanying Index of Exhibits as Exhibit "5" is a true and correct copy of the Personal Property Inventory Customer Worksheet signed by plaintiff on May 3, 2014, submitted by plaintiff in support of his claim on May 6, 2014.

11.   Attached to the accompanying Index of Exhibits as Exhibit "6" are true and correct copies of the documents submitted by plaintiff to State Farm in support of his claim on May 27, 2014, including plaintiff's one-page handwritten list of items and values of allegedly stolen property, and Guitar Center receipts for musical equipment.

12.   Attached to the accompanying Index of Exhibits as Exhibit "7" is a true and correct copy of the letter dated May 29, 2014 from State Farm to plaintiff.

13.   Attached to the accompanying Index of Exhibits as Exhibit "8" are true and correct copies of the e-mail dated June 17, 2014 from plaintiff to State Farm and the attached door repair

estimate from "Security Inovations" [sic] in the amount of $6,635.00.

14. Attached to the accompanying Index of Exhibits as Exhibit "9" is a true and correct copy of the letter dated June 18, 2014 from State Farm to plaintiff.

15. Attached to the accompanying Index of Exhibits as Exhibit "10" are true and correct copies of the e-mail dated June 19, 2014 from plaintiff to State Farm and a second, discounted door repair estimate from "Security Inovations" [sic] in the amount of $4,789.75.

16. Attached to the accompanying Index of Exhibits as Exhibit "11" is a true and correct copy of the Oakland Police Department Crime Report prepared on or about April 20, 2014, incident number 14-904737, obtained by State Farm on June 19, 2014 as part of the investigation of plaintiff's claim.

17. Attached to the accompanying Index of Exhibits as Exhibit "12" is a true and correct copy of the e-mail dated June 28, 2014 from plaintiff to State Farm.

18. Attached to the accompanying Index of Exhibits as Exhibit "13" is a true and correct copy of the File Note entered by State Farm Claim Representative, Deborah Linge on June 28, 2014 following her phone call with plaintiff on or about the same date.

19. Attached to the accompanying Index of Exhibits as Exhibit "14" is a true and correct copy of the letter dated June 30, 2014 from State Farm to plaintiff with an enclosed draft of $4,789.75 for door repairs under Coverage A - Dwelling.

20. Attached to the accompanying Index of Exhibits as Exhibit "15" is a true and correct copy of the documents submitted by plaintiff to State Farm in support of his claim on July 1, 2014, including a Supplemental Property List to Police Incident Report number 14-904737.

21. Attached to the accompanying Index of Exhibits as Exhibit "16" are true and correct copies of the documents submitted by plaintiff to State Farm in support of his claim on July 15, 2014, including a typed statement purportedly documenting the gift of a Martin guitar from Douglas "Fretus" [sic] to plaintiff, and a typed statement purportedly documenting a May 12, 2011 sale of a Snap On socket set for $6,000 from Brian "Tillseth" [sic] to plaintiff.

22. Attached to the accompanying Index of Exhibits as Exhibit "17" is a true and correct copy of the letter dated July 18, 2014 from State Farm to plaintiff.

23. Attached to the accompanying Index of Exhibits as Exhibit "18" is a true and correct copy of the ISO Claim Search obtained by State Farm on or about July 22, 2014 as part of the investigation of plaintiff's claim.

24. Attached to the accompanying Index of Exhibits as Exhibit "19" is a true and correct copy of the Lexis Nexis Accurint Comprehensive Report of Floyd Castro prepared on or about July 22, 2014 obtained by State Farm as part of the investigation of plaintiff's claim.

25. Attached to the accompanying Index of Exhibits as Exhibit "20" is a true and correct copy of the relevant portions of plaintiff's transcribed supplemental recorded statement taken on August 1, 2014.

26. Attached to the accompanying Index of Exhibits as Exhibit "21" is a true and correct copy of the File Note entered by State Farm Special Investigative Unit Claim Representative, Becky Hernandez on August 5, 2014 following her phone call with Douglas "Fretus" [sic] on or about the same date.

27. Attached to the accompanying Index of Exhibits as Exhibit "22" is a true and correct copy of the e-mail dated August 5, 2014 from State Farm to Douglas "Fretus" [sic].

28. Attached to the accompanying Index of Exhibits as Exhibit "23" is a true and correct copy of the File Note entered by State Farm Special Investigative Unit Claim Representative, Becky Hernandez on August 5, 2014, following her July 28, 2014 inspection of plaintiff's home located at 2370 Scout Road, Oakland, CA 94611.

29. Attached to the accompanying Index of Exhibits as Exhibit "24" is a true and correct copy of the documents submitted by plaintiff's bankruptcy attorney, David Arietta, to State Farm on or about February 13, 2014, in support of one of his other State Farm claims, including plaintiff's unfiled February 2014 Amendment to his Bankruptcy schedules, B and C, obtained by State Farm on August 15, 2014 as part of the investigation of plaintiff's claim.

30. Attached to the accompanying Index of Exhibits as Exhibit "25" is a true and correct copy of the letter dated August 18, 2014 from State Farm to plaintiff.

31. Attached to the accompanying Index of Exhibits as Exhibit "26" is a true and correct copy of the relevant portions of Brian Tilseth's transcribed recorded statement taken on August 27,

772633   -4-

DECLARATION OF MARIA OKINO ISO STATE FARM'S MOTION FOR S/J, OR IN THE ALTERNATIVE, PARTIAL S/J - CASE NO. 4:15-CV-05728 WHO

2014.

32. Attached to the accompanying Index of Exhibits as Exhibit "27" is a true and correct copy of the File Note entered by State Farm Special Investigative Unit Claim Representative, Becky Hernandez on August 27, 2014 following her interview of Brian Tilseth on or about the same date.

33. Attached to the accompanying Index of Exhibits as Exhibit "28" are true and correct copies of the File Note entered by State Farm Special Investigative Unit Claim Representative, Becky Hernandez on August 29, 2014 following plaintiff's phone conversation with State Farm on or about the same date, and the File Note entered by State Farm Special Investigative Unit Claim Representative, Becky Hernandez on August 29, 2014 following Brian Tilseth's phone conversation with State Farm on or about the same date.

34. Attached to the accompanying Index of Exhibits as Exhibit "29" is a true and correct copy of the letter dated September 8, 2014 from State Farm to plaintiff.

35. Attached to the accompanying Index of Exhibits as Exhibit "32" is a true and correct copy of the documents submitted by plaintiff to State Farm in support of his claim on or about October 20, 2014, including a handwritten statement purportedly documenting Brian Tilseth's January 2012 trade of a Snap On socket set for marijuana from plaintiff ("Tilseth Handwritten Statement").

36. Attached to the accompanying Index of Exhibits as Exhibit "34" are true and correct copies of the documents submitted by plaintiff to State Farm in support of his claim on or about November 3, 2014, including an unfiled Amendment to plaintiff's Bankruptcy personal property schedule, Schedule B, that was signed under penalty of perjury and dated November 1, 2014, plaintiff's 10-item list to his bankruptcy attorney, and an e-mail from plaintiff to Angela Hamel regarding amplifiers to add to his claim inventory.

37. Attached to the accompanying Index of Exhibits as Exhibit "35" is a true and correct copy of the Order Dismissing the Bankruptcy of Floyd Castro in the United States Bankruptcy Court, Northern District of California, Case No. 12-47272-RLE, dated October 31, 2014, obtained by State Farm on November 4, 2014 as part of the investigation of plaintiff's claim.

38. Attached to the accompanying Index of Exhibits as Exhibit "36" is a true and correct

1. copy of the letter dated November 24, 2014 from State Farm to plaintiff.

39. Attached to the accompanying Index of Exhibits as Exhibit "37" is a true and correct copy of the letter dated December 23, 2014 from State Farm to plaintiff.

40. Attached to the accompanying Index of Exhibits as Exhibit "38" is a true and correct copy of the letter dated January 23, 2015 from State Farm to plaintiff.

41. Attached to the accompanying Index of Exhibits as Exhibit "39" is a true and correct copy of the letter dated January 30, 2015 from Farmers Insurance to State Farm.

42. Attached to the accompanying Index of Exhibits as Exhibit "40" is a true and correct copy of the State Farm Claim Committee Report dated February 12, 2015.

43. Attached to the accompanying Index of Exhibits as Exhibit "41" is a true and correct copy of the February 13, 2015 contents inventory created by State Farm.

44. Attached to the accompanying Index of Exhibits as Exhibit "42" is a true and correct copy of the letter dated February 13, 2015 from State Farm to plaintiff.

45. Attached to the accompanying Index of Exhibits as Exhibit "43" is a true and correct copy of the letter dated March 3, 2015 from State Farm to plaintiff enclosing a draft in the amount of $558.20.

46. Attached to the accompanying Index of Exhibits as Exhibit "44" are true and correct copies of the relevant portions of plaintiff's November 2013 homeowner's claim to State Farm, claim number 05-26Q0-799.

Executed this 20th day of April 2017, at Fremont, California.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Maria Okino