STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
NICOLE C. WEBSTER (SBN 311863)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 4:15-cv-05728 WHO<br><br>**DECLARATION OF PAULA M. SHAW IN SUPPORT OF STATE FARM GENERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**Date: May 31, 2017**<br>**Time: 2:00 p.m.**<br>**Ctrm: 2, 17th Floor**<br>**Judge: Hon. William H. Orrick** |

I, Paula M. Shaw, declare as follows:

1. I have personal knowledge of each matter stated herein and, if called as a witness, I could and would competently testify thereto.

2. I am an attorney at law duly licensed to practice in all of the courts of the State of California and I am a member of the law firm McDowell Shaw Colman & Garcia. I represented and advised State Farm General Insurance Company ("State Farm") as coverage counsel during the handling of plaintiff Floyd Castro's ("plaintiff") claim for coverage under claim number 05-30V1-561, following the alleged April 20, 2014 loss at 2370 Scout Road, Oakland, CA 94611.

3. I submit this declaration in support of State Farm's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

4. Attached to the accompanying Index of Exhibits in support of State Farm's Motion

for Summary Judgment, or in the Alternative, Partial Summary Judgment, ("the Index of Exhibits") as Exhibit "30" is a true and correct copy of the letter dated September 22, 2014 from Paula M. Shaw to plaintiff.

5. Attached to the accompanying Index of Exhibits as Exhibit "33" is a true and correct copy of the letter dated October 24, 2014 from Paula M. Shaw to plaintiff.

6. Attached to the accompanying Index of Exhibits as Exhibit "31" is a true and correct copy of the relevant portions of the transcript of plaintiff's Examination Under Oath taken on October 8, 2014.

Executed this 14th day of April 2017, at Walnut Creek, California.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Paula M. Shaw