STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
NICOLE C. WEBSTER (SBN 311863)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 4:15-cv-05728 WHO<br><br>**DECLARATION OF JAMIE A. RADACK IN SUPPORT OF STATE FARM GENERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**Date:** **May 31, 2017**<br>**Time:** **2:00 p.m.**<br>**Ctrm:** **2, 17th Floor**<br>**Judge:** **Hon. William H. Orrick** |

I, Jamie A. Radack, declare as follows:

1. I have personal knowledge of each matter stated herein and, if called as a witness, I could and would competently testify thereto.

2. I am an attorney at law duly licensed to practice in all of the courts of the State of California and I am an associate of the law firm Hayes Scott Bonino Ellingson & McLay, LLP, counsel for State Farm General Insurance Company ("State Farm") in the above-referenced matter filed by plaintiff Floyd Castro ("plaintiff").

3. I submit this declaration in support of State Farm's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

4. Attached to the accompanying Index of Exhibits in support of State Farm's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, ("the Index of Exhibits")

as Exhibit "45" is a true and correct copy of the relevant portions of the records received from the Farmers Insurance dba Mid-Century Insurance Company in response to a subpoena from my office.

5. Attached to the accompanying Index of Exhibits as Exhibit "46" is a true and correct copy of the records received from Guitar Center in response to a subpoena from my office.

6. Attached to the accompanying Index of Exhibits as Exhibit "47" is a true and correct copy of the relevant records received from the Oakland Police Department in response to a subpoena from my office.

7. Attached to the accompanying Index of Exhibits as Exhibit "48," referenced in the accompanying Request for Judicial Notice in Support of State Farm's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, are true and correct copies of the Chapter 13 Bankruptcy Petition, Schedules, Pleadings, partial Docket and other relevant documents from plaintiff Floyd Castro's Bankruptcy filed on August 31, 2012, in the United States Bankruptcy Court for the Northern District of California, Case No. 12-47272-RLE, which were obtained directly from the Bankruptcy Court's docket by my office.

8. Attached to the accompanying Index of Exhibits as Exhibit "49" is a true and accurate copy of plaintiff's responses to State Farm's Interrogatories, Set One.

9. Attached to the accompanying Index of Exhibits as Exhibit "50" is a true and accurate copy of plaintiff's responses to State Farm's Request for Production of Documents, Set One.

10. Attached to the accompanying Index of Exhibits as Exhibit "51" is a true and correct copy of the relevant portions of the documents produced by plaintiff in response to State Farm's Request for Production of Documents, Set One.

11. Attached to the accompanying Index of Exhibits as Exhibit "52" is a true and correct copy of the relevant records received from ACMC/Highland Hospital in response to a subpoena from my office.

Executed this 24th day of April 2017, at Redwood City, California.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/S/ Jamie A. Radack*
Jamie A. Radack