JOHN T. BELL, SBN 209941
Law Offices of John T. Bell
151 Callan Avenue, Suite 102
San Leandro, CA 94577
TEL: 510-895-4044
FAX: 510-895-4077

Attorney for Plaintiff Floyd Castro

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLOYD CASTRO<br><br>Plaintiff,<br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY AND DOES 1 through 10 INCLUSIVE,<br><br>Defendants. | Case No. 4:15-cv-05728 WHO<br><br>**DECLARATION OF JOHN T. BELL**<br><br>**Date:** **May 31, 2017**<br>**Time:** **2:00 p.m.**<br>**Ctrm:** **2, 17th Floor**<br>**Judge:** **Hon. William H. Orrick** |

I, John T. Bell, declare:

1. I am the attorney of record for plaintiff Floyd Castro in this action.

2. I have personal knowledge of each matter stated herein and, if called as a witness, I could and would competently testify thereto.

3. I am an attorney at law duly licensed to practice in all of the courts of the State of California.

4. I submit this declaration in support of plaintiff Floyd Castro's Opposition to defendant State Farm Insurance Company's Motion for Summary Judgment or in the Alternative, Partial Summary Judgment.

5. Attached to the accompanying Index of Exhibits in opposition to the defendant's motion for summary judgment as Exhibit "E" is a true and correct copy of a document that was produced by the defendant in response to plaintiff's Request for Production of Documents.

6. Attached to the accompanying Index of Exhibits in opposition to the defendant's motion for summary judgment as Exhibit "F" is a true and correct copy of a document the was produced by the defendant in response to plaintiff's Request for Production of Documents.

7. Attached to the accompanying Index of Exhibits in opposition to the defendant's motion for summary judgment as Exhibit "G" is a true and correct copy of a document that was produced by the defendant in response to plaintiff's Request for Production of Documents.

8. Attached to the accompanying Index of Exhibits in opposition to the defendant's motion for summary judgment as Exhibit "H" is a true and correct copy of portions of defendant's responses to plaintiff's Request for Admissions.

Executed this 6th day of May 2017, at San Leandro, California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/S/ John T. Bell
John T. Bell